1  Paloma P. Peracchio CA Bar No. 259034
   paloma.peracchio@ogletree.com
2
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
   400 South Hope Street, Suite 1200
4  Los Angeles, CA  90071
   Telephone:  213-239-9800
5  Facsimile:   213-239-9045

6  Mitchell A. Wrosch CA Bar No. 262230
   mitchell.wrosch@ogletree.com
7  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
8  Park Tower, Fifteenth Floor
   695 Town Center Drive
9  Costa Mesa, CA  92626
   Telephone:  714-800-7900
10 Facsimile:   714-754-1298

11 Attorneys for Defendants
   WAL-MART ASSOCIATES, INC.
12 and SAM'S WEST, INC.

13
## UNITED STATES DISTRICT COURT
14
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
15

16

| CLAUDIA ALVARADO, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; SAM'S WEST, INC., an Arkansas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01926 AB(KKx)<br><br>**DEFENDANTS' STATUTORY OFFER TO COMPROMISE PURSUANT TO C.C.P. SECTION 998**<br><br>Complaint Filed: January 22, 2020<br>Trial Date:         March 21, 2023<br>District Judge:   Andre Birotte Jr.<br>Magistrate Judge: Kenly Kiya Kato |
|---|---|

Alvarado - CCP 998 Offer to

Case No. 2:20-cv-01926 AB(KKx)
DEFENDANTS' STATUTORY OFFER TO COMPROMISE

**TO PLAINTIFF CLAUDIA ALVARADO AND HER ATTORNEYS OF RECORD:**

Defendants WAL-MART ASSOCIATES, INC. and SAM'S WEST, INC. ("Defendants") make the following statutory Offer to Compromise ("Offer") pursuant to California Code of Civil Procedure Section 998[1], in full and complete settlement of the claims asserted by Plaintiff, CLAUDIA ALVARADO ("Plaintiff") in her individual capacity in the above-captioned matter, on the following terms:

1. Defendants offer to pay to Plaintiff the amount of $22,000.00, exclusive of all attorneys' fees and costs incurred up to the date of this offer.

2. Plaintiff's counsel may seek an award of reasonable attorneys' fees and costs actually incurred as of the date of this Offer in pursuit of Plaintiff's individual claims in this action and recoverable by law. The amount of fees to be awarded to Plaintiff's counsel, if unable to be agreed upon by the parties, will be determined by the Court consistent with the terms of this Offer and upon application submitted by Plaintiff's counsel and supported by admissible evidence. Defendants' counsel reserves the right to challenge or otherwise oppose any motion or application for fees brought by Plaintiff's counsel, including without limitation, the right to oppose any request for fees and costs not incurred in the prosecution of Plaintiff's remaining individual claims.

3. In exchange for the offer in Paragraph 1 above, Plaintiff releases all of her individual claims in this action and will file a dismissal of those claims with prejudice.  Also in exchange for the offer in Paragraph 1 above, Plaintiff releases her representative claim for civil penalties under

---

[1] Federal Rule of Civil Procedure 68 does not preclude parties in diversity actions from making settlement demands under state offer of judgment rules. See *MRO Commc'ns v. Am. Tel. & Tel. Co.*, 197 F.3d 1276, 1282 (9th Cir. 1999).

the Private Attorneys General Act, and will file a dismissal of that claim without prejudice.

This is a joint and several offer by all Defendants without regard to whether their liability is alleged to be joint and several, and it is valid only if accepted by Plaintiff as to all Defendants. This offer is made for the sole purpose of settling and resolving this entire action and cannot, and should not, be interpreted as an admission of liability of wrongdoing on the part of Defendants.

Plaintiff has 30 days from the date of service to accept this Offer. If Plaintiff accepts, Plaintiff and Plaintiff's counsel must date and sign the Notice of Acceptance below and return to counsel for Defendants within 30 days from service. If the Offer is not accepted within 30 days after service of this Offer, it will be deemed as withdrawn.

WARNING: Your failure to accept this Offer could preclude you from recovering your costs of suit and other amounts in this action (including but not limited to statutory attorneys' fees), and could result in an order that you pay all of Defendants' costs of suit, costs of expert witnesses, attorneys' fees, and/or other amounts.

DATED: February 3, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Mitchell A. Wrosch*
Paloma P. Peracchio
Mitchell A. Wrosch
David A. Szwarcsztejn
Carmen M. Aguado
Attorneys for Defendants
WAL-MART ASSOCIATES, INC.
and SAM'S WEST, INC.

### NOTICE OF ACCEPTANCE

Pursuant to California Code of Civil Procedure section 998, Plaintiff Claudia Alvarado accepts Defendants' Offer to Compromise on the terms stated above.

DATED: _____February 7___, 2023          **MATERN LAW GROUP, PC**

By: */s/ Mikael H. Stahle*
MATTHEW J. MATERN
MIKAEL H. STAHLE

Attorneys for Plaintiff CLAUDIA ALVARADO, individually and on behalf of all others similarly situated

DATED: ____02/07____, 2023

By: *[signature]*
Claudia Alvarado

# PROOF OF SERVICE
### *Claudia Alvarado v. Wal-Mart Associates, Inc., et al.*
**Case No.** 2:20-cv-01926 AB(KKx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, in the office of a member of the bar of this court at whose direction the service was made. My business address is 400 South Hope Street, Suite 1200, Los Angeles, CA 90071.

On **February 3, 2023**, I served the following document(s):

**DEFENDANTS' STATUTORY OFFER TO COMPROMISE PURSUANT TO C.C.P. SECTION 998**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope/email addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY ELECTRONIC TRANSMISSION**: I caused the documents to be sent to the persons at the e-mail addresses listed below I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **February 3, 2023**, at Los Angeles, California.

CHEREE L. CASTILLE                              */s/ Cheree L. Castille*
Type or Print Name                              Signature

## SERVICE LIST

Mikael H. Stahle, Esq.  
MATERN LAW GROUP, PC  
1230 Rosecrans Avenue, Suite 200  
Manhattan Beach, CA  90266  
Telephone:   310-531-1900  
Facsimile:    310-531-1901  
mstahle@maternlawgroup.com  
ikirnosova@maternlawgroup.com  
egoralnick@maternlawgroup.com  
shooka@maternlawgroup.com  
rreyes@maternlawgroup.com  
dkhalili@maternlawgroup.com  

***Attorneys for Plaintiff***  
Claudia Alvarado, individually, and on behalf of others similarly situated