# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA ALVARADO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; SAM'S WEST, INC., an Arkansas corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-01926 AB (KKx)<br><br>**JUDGMENT AND ORDER**<br><br><br>Complaint Filed: 2020-01-22 |

JUDGMENT
2:20-CV-01926-AB-KK

1    Plaintiff Claudia Alvarado ("Plaintiff") having timely accepted the Statutory Offer
2    to Compromise Pursuant to California Code of Civil Procedure Section 998 (Dkt. 146),
3    served by Defendants Wal-Mart Associates, Inc. and Sam's West, Inc. ("Defendants"),
4    JUDGMENT IS HEREBY ENTERED as follows:

5        1.    For Plaintiff and against Defendants in the amount of Twenty-Two Thousand
6              Dollars and Zero Cents ($22,000.00), to be paid within 21 days of entry of
7              judgment; and

8        2.    Plaintiff's individual claims are dismissed with prejudice and her PAGA
9              representative claims are dismissed without prejudice.

10   IT IS FURTHER ORDERED as follows:

11       3.    Plaintiff's counsel shall have 90 days from the date of entry of this Judgment
12             and Order in which to file any motion for an award of reasonable attorney's
13             fees and costs. If such motion is filed, Defendants' opposition will be due 30
14             days thereafter, and Plaintiff's reply shall be due 14 days after Defendants'
15             opposition; and

16       4.    The Court shall retain ancillary jurisdiction to decide any motion for an award
17             of reasonable attorney's fees and costs.

19   **IT IS SO ORDERED, ADJUDGED, AND DECREED.**

22   DATED: April 07, 2023

                                            _____
                                            HON. ANDRÉ BIROTTE JR.
                                            United States District Judge