| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 5 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CLAUDIA ALVARADO, individually, and on behalf of others similiarly situated,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation and SAM'S WEST INC., an Arkansas corporation,<br><br>Defendants - Appellants. | No. 23-3927<br><br>D.C. No. 2:20-cv-01926-AB-kk<br>Central District of California, Los Angeles<br><br>ORDER |

Before: MILLER, LEE, and DESAI, Circuit Judges.

Appellee's motion to transfer her motion for attorneys' fees to the district court for initial consideration, **Dkt. 52,** is GRANTED.